IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skupien, Ronald | Case Number: 07 B 05290 |
|---|---|---|
| | Skupien, Diane | Judge: Goldgar, A. Benjamin |
| | Printed: 10/23/07 | Filed: 3/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,620.00 | |
| Secured: | | 513.21 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 29.30 |
| Other Funds: | | 2,077.49 |
| Totals: | 2,620.00 | 2,620.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Drive Financial Services | Secured | 14,000.00 | 0.00 |
| 2. | Credit Acceptance Corp | Secured | 1,000.00 | 513.21 |
| 3. | Midland Credit Management | Unsecured | 36.88 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 1.80 | 0.00 |
| 5. | Drive Financial Services | Unsecured | 403.85 | 0.00 |
| 6. | Lexington Health Care Cntr | Unsecured | 7,660.14 | 0.00 |
| 7. | Resurgence Financial LLC | Unsecured | 1,495.16 | 0.00 |
| 8. | Capital One | Unsecured | 45.36 | 0.00 |
| 9. | Plains Commerce Bank | Unsecured | 38.08 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 320.59 | 0.00 |
| 11. | Aspire Visa | Unsecured | 77.33 | 0.00 |
| 12. | Nicor Gas | Unsecured | 98.17 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 859.06 | 0.00 |
| 14. | Internal Revenue Service | Secured | | No Claim Filed |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Amex | Unsecured | | No Claim Filed |
| 18. | Amex | Unsecured | | No Claim Filed |
| 19. | Amex | Unsecured | | No Claim Filed |
| 20. | Amex | Unsecured | | No Claim Filed |
| 21. | Amex | Unsecured | | No Claim Filed |
| 22. | Amex | Unsecured | | No Claim Filed |
| 23. | Amex | Unsecured | | No Claim Filed |
| 24. | Bank Of America | Unsecured | | No Claim Filed |
| 25. | AT&T Credit Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skupien, Ronald | | Case Number: 07 B 05290 |
| --- | --- | --- | --- |
| | Skupien, Diane | | Judge: Goldgar, A. Benjamin |
| | Printed: 10/23/07 | | Filed: 3/23/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Amex | Unsecured | | No Claim Filed |
| 27. | Bank Of America | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 32. | Chase Home Finance | Unsecured | | No Claim Filed |
| 33. | Capital One | Unsecured | | No Claim Filed |
| 34. | Chase | Unsecured | | No Claim Filed |
| 35. | Chase | Unsecured | | No Claim Filed |
| 36. | Chase | Unsecured | | No Claim Filed |
| 37. | Diners Club International | Unsecured | | No Claim Filed |
| 38. | First National Credit Card | Unsecured | | No Claim Filed |
| 39. | Chase National | Unsecured | | No Claim Filed |
| 40. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 41. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 42. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 43. | Chase Bank | Unsecured | | No Claim Filed |
| 44. | Discover Financial Services | Unsecured | | No Claim Filed |
| 45. | Discover Financial Services | Unsecured | | No Claim Filed |
| 46. | Chase | Unsecured | | No Claim Filed |
| 47. | First Premier Bank | Unsecured | | No Claim Filed |
| 48. | First Premier Bank | Unsecured | | No Claim Filed |
| 49. | First National Credit Card | Unsecured | | No Claim Filed |
| 50. | First Premier Bank | Unsecured | | No Claim Filed |
| 51. | First Premier | Unsecured | | No Claim Filed |
| 52. | GEMB | Unsecured | | No Claim Filed |
| 53. | HFC | Unsecured | | No Claim Filed |
| 54. | HFC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,036.42 | $ 513.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 29.30 |
| | _____ |
| | $ 29.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)